UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENYON JAMES STARK,<br><br>    Petitioner,<br>v.<br><br>WARDEN BAKER, et al.,<br><br>    Respondents. | Case No. 2:17-cv-00727-RFB-VCF<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 8) is GRANTED. Respondents shall have to and including July 13, 2018, within which to answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED this 3rd day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1