UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENYON JAMES STARK,<br><br>　　　　　Petitioner,<br>v.<br>WARDEN BAKER, et al.,<br><br>　　　　　Respondents. | Case No. 2:17-cv-00727-RFB-VCF<br><br>ORDER |

On February 15, 2019, the Court granted respondents' motion to dismiss the petition as entirely unexhausted. (ECF No. 15). The Court advised petitioner to either move to dismiss the petition without prejudice or file a motion for other appropriate relief, including a motion to stay and abey. (*Id.*) Petitioner has failed to timely respond to the Court's order.

Accordingly, IT IS ORDERED that the unexhausted petition is hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that petitioner is denied a certificate of appealability, as jurists of reason would not find the Court's dismissal of the unexhausted petition to be debatable or wrong.

The Clerk of Court shall enter final judgment accordingly and CLOSE this case.

IT IS SO ORDERED.

DATED this 6th day of June, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1